AO 451 (Rev. 12/12) Clerk's Certification of a Judgment to be Registered in Another District

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| | |
|---|---|
| Carl Lation <br> *Plaintiff* <br> v. <br> Thomas Chiu <br> *Defendant* | ) <br> ) <br> ) Civil Action No. 17 Civ 3276 (JPO) <br> ) <br> ) |

### CLERK'S CERTIFICATION OF A JUDGMENT TO BE REGISTERED IN ANOTHER DISTRICT

I certify that the attached judgment is a copy of a judgment entered by this court on *(date)*   02/06/2018   .

I also certify that, as appears from this court's records, no motion listed in Fed. R. App. P. 4(a)(4)(A) is pending before this court, the time for appeal has expired, and no appeal has been filed or, if one was filed, it is no longer pending.

Date: 6/8/18

CLERK OF COURT

*x mango*
*Signature of ~~Clerk or~~ Deputy Clerk*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
Carl Lation,

                Plaintiff,

-against-

       17 **CIVIL** 3276 (JPO)

## **JUDGMENT**

Fetner Properties, Inc., 1212 Fifth Avenue Condominium,
And Thomas Chiu,

                Defendants.
-------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated February 5, 2018, the Court awards damages to Lation from Chiu in the amount of $100,000 in compensatory damages and $200,000 in punitive damages, totaling $300,000, plus pre-judgment interest of 9 percent running from August 1, 2016, to the date of judgment, which as of February 6, 2018 is $40,980.82. Accordingly, judgment is hereby entered in favor of Lation for a total amount of $340,980.82.

Dated:  New York, New York
          February 6, 2018

                                                  **RUBY J. KRAJICK**
                                                    **Clerk of Court**
                                   BY:
                                                      **Deputy Clerk**

CERTIFIED AS A TRUE COPY ON

THIS DATE __6/8/18__

BY __KMangjo__
     ( ) Clerk
     (✓) Deputy